IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JERSON DIAZ                          *
          PLANTIFF                   *
                                     *
   VS                                *    CIVIL NO. _____
KEVIN PISTRO, WARDEN; AND            *
JOHN DOE, HEALTH SERVICE             *
ADMINISTRATOR                        *
                                     *
                                     *

## CIVIL ACTION COMPLAINT

THIS IS A BIVEN ACTION COMPLAINT FILED
AGAINST THE WARDEN AND HEALTH SERVICE
ADMINISTRATOR AT FDC - PHILADELPHIA ALLEGING
VIOLATION OF RIGHTS UNDER THE FIFTH AND
EIGHT AMENDMENTS TO THE US CONSTITUTION
DUE TO THE , COVID-19 PANDEMIC

RECEIVED
JUN 29 2021

PARTIES:

PLANTIFF, JERSON DIAZ IS AN INMATE
CURRENTLY INCARACERATED AT THE FEDERAL
DETENTION CENTER -- PHILADELPHIA, P.O
BOX 562 PHILA, PA 19106 AND HIS
REGISTRATION # IS 69998-066

DEFENDANT KEVIN PISTRO, IS THE
WARDEN AT THE FEDERAL DETENTION CENTER
PHILADELPHIA AND IS RESPONSIBLE FOR THE
OVERALL OPERATION OF THE INSTITUTION.

DEFENDANT JOHN DOE, IS THE HEALTH SERVICE ADMINISTRATOR AT THE FEDERAL DETENTION CENTER -- PHILADELPHIA AND IS RESPONSIBLE FOR THE OVERALL OPERATION OF THE MEDICAL STAFF.

VENUE AND JURISDICTION:

THIS COURT HAS PROPER VENUE AND JURISDICTION OVER THE CASE BECAUSE ALL EVENTS OCCURRED WITHIN THE EASTERN DISTRICT OF PENNSYLVANIA.

FACTUAL ALLEGATIONS:

THAT ON OR ABOUT JUNE, 2020 PLANTIFF WAS ARRESTED AND SENT TO THE FEDERAL DETENTION CENTER PHILADELPHIA

THAT ON OR ABOUT IN 2020 SOMETIME, THE COVID-19 VIRUS WAS SPREADING AND THE INSTITUTION WERE PLACED ON LOCK-DOWN. AT FDC-PHILADELPHIA THE COVID-19 OUTBREAK BEGAN ABOUT OCTOBER, 2020

FDC-PHILADELPHIA FED PLANTIFF FOR WELL OVER 30 DAYS, PEANUT BUTTER AND JELLY.

DEFENDANT PISTRO AND JOHN DOE WERE BOTH AWARE OF THE OUTBREAK BUT DID NOTHING WITHIN THEIR POWER TO PREVENT INMATES FROM CONTRACTING COVID-19.

THAT ON OR ABOUT OCTOBER 2020 PLAINTIFF BEGAN EXPERIENCING SYMPTONS OF COVID-19.

PLAINTIFF PLACED IN SEVERAL SICK CALLS AND COMPLAINED TO MEDICAL STAFF ABOUT HIS SYMPTONS.

FINALLY, IN NOVEMBER 2020 PLAINTIFF WAS SEEN/EVALUATED BY SICK CALL PERSONELLY.

PLAINTIFF SUFFERED FROM HIGH FEVER, LOSS OF BREATH, DIARREAH, DIZZINESS HEADACHES, HOT AND COLD SWEATS, LOSS OF STRENGTH (**HAD TO SLEEP ON FLOOR**)

PLAINTIFF ONLY RECEIVED "TyLENOL" TO RELEAVE HIS PAIN AND SUFFERING FOR HIS LEG NOT COVID-19.

PLAINTIFF WAS DENIED ANY OTHER MEDICAL ATTENTION

Ⓓ INJURIES :

- HIGH FEVERS
- LOSS OF BREATH
- DIARREAH
- DIZZINESS
- HEADACHES
- HOT & COLD SWEATS
- LOSS OF STRENGTH (SLEEP ON FLOOR 40 DAYS)

RELIEF :

PLAINTIFF SEEKS 8.5 MILLION IN PUNITIVE DAMAGES AND 8.5 MILLIONS COMPENSATORY DAMAGES.

WHEREFORE, FOR THE REASONS LISTED ABOVE AND OBVIOUS OTHERS PLAINTIFF RESPECTFULLY REQUESTS THAT THIS COURTS GRANT HIM RELIEF.

DATE : 06/23/2021

AS ~~____~~

JERSON DIAZ
REG # 69998-066
FDC - PHILADELPHIA
PHILA, PA 19106



JERSON DIAZ
# 69998066
FDC- PHILADELPHIA
P.O. BOX 562
PHILA, PA. 19106

LEGAL
MAIL

19106-172999

PHILADELPHIA PA 190
24 JUN 2021 PM 10 L

CLERK OF COURT
601 MARKET ST.
PHILA, PA. 19106

