IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERSON DIAZ,<br>    Plaintiff | :<br>:<br>: |
| V. | :    CIVIL ACTION NO. 21-CV-2909 |
| KEVIN PISTRO, *et al.*<br>    Defendants | :<br>:<br>: |

### ORDER

AND NOW, this 30th day of November 2021, upon consideration of Jerson Diaz's *pro se* Amended Complaint (ECF Nos. 12, 14), it is **ORDERED** that:

1. Mr. Diaz's Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

2. The Motion to Appoint Counsel (ECF No. 15) is **DENIED AS MOOT**.

3. The Clerk of Court shall **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER, J.